■ In the Matter of SHIRLEY REED-WILSON, Petitioner, v NEW YORK STATE CENTRAL REGISTER OF CHILD ABUSE AND MALTREATMENT CENTER, Respondent.—Motion granted without costs and proceeding dismissed. Memorandum: In opposition to respondent's motion to dismiss the petition for lack of personal service, petitioner has failed to submit proof of service of the petition and notice of petition upon respondent *(see,* CPLR 7804 [c]). Present—Boomer, J. P., Pine, Lawton, Boehm and Davis, JJ.

■ In the Matter of JAMES A. RESTI, an Attorney.—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Denman, P. J., Callahan, Boomer, Green and Pine, JJ.

■ ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent, v THOMAS COLEMAN, Appellant.—Motion for poor person relief denied and appeal dismissed without costs. Memorandum: No appeal lies as of right from orders of filiation entered in a proceeding in which support is sought *(see, Matter of Jane PP. v Paul QQ.,* 64 NY2d 15). Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

■ In the Matter of SIERRA H.—Motions for poor person relief denied and appeals dismissed without costs. Memorandum: Respondents' motions for poor person relief and assignment of counsel are denied because no appeal lies from an order entered upon a party's default *(see, Morse v Morse,* 67 AD2d 750). Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.